SIEBROS FINANCE CORPORATION, Respondent, *v.* 190 WEST FOURTH STREET REALTY CORPORATION et al., Appellants, Impleaded with Others.

(Submitted March 31, 1931; decided April 14, 1931.)

*Jacquin Frank* and *Isidore Ehrman* for appellants.
*Israel Siegel* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.